USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KELLIE WALKER,

                             Plaintiff,

            -against-

                                                21-CV-474 (VEC)

TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY, D/B/A METROPOLITAN              ORDER
TRANSPORTATION AUTHORITY BRIDGES
AND TUNNELS, VICTOR MUALLEM, AND
SHARON GALLO-KOTCHER, IN THEIR
INDIVIDUAL AND PROFESSIONAL
CAPACITIES,

                             Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 7, 2021, the parties appeared for a conference;

       IT IS HEREBY ORDERED that discovery in this action is STAYED pending Plaintiff's filing of an amended complaint and Defendants' decision whether to answer or again move to dismiss. Once the Court has had an opportunity to review Plaintiff's amended complaint and, to the extent Defendants opt to move to dismiss the amended complaint, Defendants' motion, the Court will decide whether to enter a Case Management Plan or leave discovery stayed pending its decision on the motion to dismiss.

**SO ORDERED.**

Date: May 7, 2021
       New York, New York

                                                        _____
                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**