USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
KELLIE WALKER,

                            Plaintiff,

       -against-

                                          21-CV-474 (VEC)

TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY, D/B/A METROPOLITAN          ORDER
TRANSPORTATION AUTHORITY BRIDGES
AND TUNNELS, VICTOR MUALLEM, AND
SHARON GALLO-KOTCHER, IN THEIR
INDIVIDUAL AND PROFESSIONAL
CAPACITIES,

                            Defendants.
-----------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 12, 2021, Defendants filed a motion to dismiss (Dkt. 18);

WHEREAS on April 13, 2021, the Court ordered that, not later than May 11, 2021, Plaintiff must either respond to Defendants' motion to dismiss or amend her complaint (Dkt. 21); and

WHEREAS on May 11, 2021, Plaintiff filed an Amended Complaint (Dkt. 28);

IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot. Not later than **June 1, 2021**, must either file an answer to the Amended Complaint or move to dismiss the Amended Complaint.

The Clerk of Court is respectfully directed to terminate the open motion on Dkt. 18.

**SO ORDERED.**

Date: May 12, 2021                                      **VALERIE CAPRONI**
       New York, New York                          **United States District Judge**