

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLIE WALKER,

                              Plaintiff,

-against-

TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, d/b/a METROPOLITAN TRANSPORTATION AUTHORITY BRIDGES AND TUNNELS, VICTOR MUALLEM, AND SHARON GALLO-KOTCHER, in their individual and professional capacities.

                              Defendant.

21 Civ. 474 (VEC)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law and all documents previously filed in this action, Defendants TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY d/b/a METROPOLITAN TRANSPORTATION AUTHORITY BRIDGES AND TUNNELS, VICTOR MUALLEM, and SHARON GALLO-KOTCHER move this Court, before the Honorable Valerie E. Caproni, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, for an Order dismissing Plaintiff KELLIE WALKER's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, together with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
June 1, 2021

HOGUET NEWMAN REGAL & KENNEY, LLP

_____
Ira J. Lipton
Randi B. May
Helene R. Hechtkopf
Miriam J. Manber
Iricel E. Payano

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212-689-8808

*Attorneys for Defendant*

---

Plaintiff must respond to Defendant's motion to dismiss not later than **July 2, 2021**. Defendants may file a reply in further support of their motion not later than **July 16, 2021**. Discovery shall remain stayed pending the Court's decision on Defendants' motion to dismiss.

**SO ORDERED.**

6/7/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE