UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KELLIE WALKER,

                Plaintiff,                  21 **CIVIL** 474 (VEC)

      -against-                           **JUDGMENT**

TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY, D/B/A METROPOLITAN
TRANSPORTATION AUTHORITY BRIDGES
AND TUNNELS, VICTOR MUALLEM, and
SHARON GALLO-KOTCHER, IN THEIR
INDIVIDUAL AND PROFESSIONAL
CAPACITIES,

                Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 18, 2021, Defendants' Motion to Dismiss is GRANTED. Walker's Section 1981, Section 1983 and Title VII claims are DISMISSED with prejudice. Walker's state law claims are DISMISSED without prejudice.

**Dated:**  New York, New York
          November 18, 2021

                                                  **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                                 **BY:**
                                                     **Deputy Clerk**